**Dismissed and Opinion Filed May 16, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00246-CR
No. 05-19-00247-CR
No. 05-19-00248-CR
No. 05-19-00249-CR

**TAMARA SHAQUELL HOUSTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-56320-N, F18-40945-N, F17-41907-N & F17-60407-N**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Myers

Before the Court is appellant's May 13, 2019 motion to dismiss these appeals. The motion

is signed by appellant and her appellate counsel. *See* TEX. R. APP. P. 42.2(a). We grant the motion

and dismiss these appeals.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190246F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TAMARA SHAQUELL HOUSTON,
Appellant

No. 05-19-00246-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F18-56320-N.
Opinion delivered by Justice Myers,
Justices Molberg and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 16th day of May, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TAMARA SHAQUELL HOUSTON,
Appellant

No. 05-19-00247-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F18-40945-N.
Opinion delivered by Justice Myers,
Justices Molberg and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 16th day of May, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TAMARA SHAQUELL HOUSTON,
Appellant

No. 05-19-00248-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F17-41907-N.
Opinion delivered by Justice Myers,
Justices Molberg and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 16th day of May, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TAMARA SHAQUELL HOUSTON,
Appellant

No. 05-19-00249-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F17-60407-N.
Opinion delivered by Justice Myers,
Justices Molberg and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 16th day of May, 2019.